

1 | BENJAMIN B. WAGNER
United States Attorney
2 | KAREN A. ESCOBAR
Assistant U.S. Attorney
3 | 2500 Tulare Street, Suite 4401
Fresno, California 93721
4 | Telephone: (559) 497-4000



JAN 1 2 2012



CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

1:12 MJ 00006    GSA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | ORDER SEALING ARREST WARRANTS, CRIMINAL COMPLAINT, APPLICATION AND ORDER |
| v. | |
| JOSEPH EDWIN GABLE, ELGERON GRAVES, VINCENT GRAVES, HERMAN GRAVES, DAMONE KELLEY, CATATEA JAMES, and KEVIN EUGENE SPENCER, JR., | **Under Seal** |
| Defendants. | |

   The United States of America has applied to this Court for an Order permitting it to file the Criminal Complaint, Arrest Warrants, Application, and this Order in the above-captioned case, in camera under seal. Upon consideration of the application and the entire record herein,

   IT IS HEREBY ORDERED that the Criminal Complaint, Arrest Warrants, Application, and this Order in the above-entitled proceedings shall be filed with this Court in camera under seal and shall not be disclosed to any person unless otherwise Ordered

1  by this Court.

2  DATED: January ll, 2012

   _____
   GARY S. AUSTIN
   U.S. Magistrate Judge