BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California  93721
Telephone:  (559) 497-4000

SEALED   FILED
JAN 1 2 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:12 MJ 00006  GSA |
| Plaintiff, | ORDER SEALING ADDENDUM TO CRIMINAL COMPLAINT, APPLICATION AND ORDER |
| v. | |
| JOSEPH EDWIN GABLE, ELGERON GRAVES, VINCENT GRAVES, HERMAN GRAVES, DAMONE KELLEY, CATATEA JAMES, and KEVIN EUGENE SPENCER, JR., | **Under Seal** |
| Defendants. | |

The United States of America has applied to this Court for an Order permitting it to file the Addendum to Criminal Complaint, Sealing Application, and this Order in the above-captioned case, in camera under seal.  Upon consideration of the application and the entire record herein,

IT IS HEREBY ORDERED that the Addendum to Criminal Complaint, Sealing Application, and this Order in the above-entitled proceedings shall be filed with this Court in camera under seal and shall not be disclosed to any person unless otherwise Ordered

1

SEALED ADDENDUM TO AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

Following his arrest, Jackson began to assist law enforcement in revealing the full scope of his drug trafficking activities. To that end, Jackson identified GABLE as his marijuana source of sole and indicated that he assisted GABLE in hiding his drug proceeds by structuring them through bank accounts. In exchange for his assistance, Jackson expected to receive a benefit in the form of a reduction in his sentence. When he entered into a plea agreement in the Northern District of Alabama/Southern Division, Jackson agreed to cooperate with law enforcement. Such cooperation included, but was not limited to, providing testimony against co-conspirators. Jackson was sentenced on June 27, 2011, and received a sentence of 44 months in custody and 36 months of supervised release. The district court in imposing sentence took into consideration Jackson's cooperation in this case.