BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California  93721
Telephone:  (559) 497-4000



JAN 1 8 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY  J. HELLINGS
                DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA



| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                     )<br>            Plaintiff,               )<br>    v.                               )<br>                                     )<br> JOSEPH EDWIN GABLE,                 )<br> ELGERON GRAVES,                     )<br> VINCENT GRAVES,                     )<br> HERMAN GRAVES,                      )<br> DAMONE KELLEY,                      )<br> CATATEA JAMES, and                  )<br> KEVIN EUGENE SPENCER, JR.,          )<br>                                     )<br>            Defendants.              )<br> _____) | 1:12-mj-00006 GSA<br><br>CORRECTED ORDER SEALING ADDENDUM<br>TO CRIMINAL COMPLAINT,<br>APPLICATION AND ORDER<br><br>**Under Seal** |

   The United States of America has applied to this Court for an Order permitting it to file the Addendum to Criminal Complaint, Sealing Application, and this Order in the above-captioned case, in camera under seal.  Upon consideration of the application and the entire record herein,

   IT IS HEREBY ORDERED that the Addendum to Criminal Complaint, Sealing Application, and this Order in the above-entitled proceedings shall be filed with this Court in camera under seal and shall not be disclosed to any person unless otherwise Ordered

1

1 | by this Court.
2 | DATED: January 18, 2012

GARY S. AUSTIN
U.S. Magistrate Judge