

1 | BENJAMIN B. WAGNER
United States Attorney
2 | KAREN A. ESCOBAR
Assistant U.S. Attorney
3 | 2500 Tulare Street
Fresno, California 93721
4 | Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:12MJ00006 GSA |
| Plaintiff, ) | |
| v. ) | |
| ) | APPLICATION TO UNSEAL CRIMINAL COMPLAINT AND ARREST WARRANTS |
| JOSEPH EDWIN GABLE, ELGERON GRAVES, VINCENT GRAVES, HERMAN GRAVES, DAMONE KELLEY, CATATEA JAMES, and KEVIN EUGENE SPENCER, JR., ) | |
| Defendants. ) | |

The United States of America hereby applies to this Court for an order unsealing the arrest warrants and criminal complaint only and not the separately sealed Addendum to the affidavit in support of the criminal complaint.

This motion is based on the fact that the lead defendant in this matter was arrested this date on the criminal complaint.

Dated: February 6, 2012         Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Karen A. Escobar
KAREN A. ESCOBAR
Assistant U.S. Attorney

1
2
3
4
5
6
7
8
9
10

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:12MJ00006 GSA |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER TO UNSEAL ARREST WARRANTS |
| | ) | AND CRIMINAL COMPLAINT |
| JOSEPH EDWIN GABLE, | ) | |
| ELGERON GRAVES, | ) | |
| VINCENT GRAVES, | ) | |
| HERMAN GRAVES, | ) | |
| DAMONE KELLEY, | ) | |
| CATATEA JAMES, and | ) | |
| KEVIN EUGENE SPENCER, JR., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The United States of America has applied to this Court for an Order permitting it to unseal the Criminal Complaint and Arrest Warrants in the above-captioned matters. Upon consideration of the application and the entire record herein,

IT IS HEREBY ORDERED that the Criminal Complaint - and not the separately sealed Addendum to the affidavit in support of the

////

////

1

1 | criminal complaint - and Arrest Warrants in the above-entitled
2 | proceedings shall be unsealed.

DATED: February 6, 2012

BARBARA A. McAULIFFE
U.S. Magistrate Judge

2