```
BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br><br><br>JOSEPH EDWIN GABLE,<br><br>        Defendant. | 1:12-cr-0038 AWI<br><br><br><br><br>STIPULATION RE:<br>CONTINUANCE AND<br>ORDER |

Defendant JOSEPH EDWIN GABLE in the above-captioned matter, by and through his attorney, DALE BLICKENSTAFF, and the United States of America, by and through its attorneys, BENJAMIN B. WAGNER, United States Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney, hereby enter into the following stipulation:

    1.  The parties to the above-captioned matter agree to continue the currently set status conference of February 27, 2012, before U.S. Magistrate Judge Dennis L. Beck to April 23, 2012, at 1 p.m., the currently set status conference of the co-defendants.

1      2.   The parties stipulate that the continuance is
2 necessitated by the defendant's need to review the voluminous
3 discovery that the government has produced, review the
4 government's plea offer, pursue plea negotiations, and conduct any
5 necessary pretrial investigation in relation to this matter
6 recently indicted on February 9, 2012.

7 DATED: February 22, 2012                Respectfully submitted,

8                                         BENJAMIN B. WAGNER
                                          United States Attorney
9
                                          By: /s/ Karen A. Escobar
10                                           KAREN A. ESCOBAR
                                          Assistant U.S. Attorney
11
                                          /s/ Dale Blickenstaff
12                                        DALE BLICKENSTAFF
                                          Attorney for Defendant
13                                        Joseph Edwin Gable

14

15                           O R D E R

16     Having read and considered the foregoing stipulation,

17     IT IS THE ORDER of the Court that the current status
18 conference hearing date of February 27, 2012, at 1:00 p.m., shall
19 be continued to April 23, 2012, at 1:00 p.m. before U.S.
20 Magistrate Judge Dennis L. Beck.

21     IT IS FURTHER ORDERED THAT time shall be excluded under the
22 Speedy Trial Act and that the ends of justice served by granting
23 the requested continuance outweigh the best interests of the
24 public and the defendant in a speedy trial, in that the failure
25 to grant the continuance would deny the parties' sufficient
26 opportunity to review the voluminous discovery that the government
27 has produced, review the government's plea offer, pursue plea
28 negotiations, and conduct any necessary pretrial investigation in

                                    2

1 | relation to this recently indicted matter.
2 |     IT IS SO ORDERED.
3 |     **Dated:**  **February 23, 2012**            **/s/ Dennis L. Beck**
                                                  UNITED STATES MAGISTRATE JUDGE