1  **DALE A. BLICKENSTAFF - #40681**
   Attorney at Law
2  2350 West Shaw Avenue, Suite 132
   Fresno, California 93711
3  (559) 432-0986 Telephone
   (559) 432-4871 Facsimile
4

5  Attorney for Defendant, JOSEPH EDWIN GABLE

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10 | UNITED STATES OF AMERICA, ) **Case No. 1:12-CR-00038 AWI DLB**
                                )
11 |             Plaintiff,      ) **ORDER RELIEVING COUNSEL**
                                )
12 | v.                          )
                                )
13 | JOSEPH EDWIN GABLE,         )
                                )
14 |             Defendant.      )
   | _____ )
15

16     The matter of the Motion To Be Relieved As Counsel came on regularly for hearing on June

17 13, 2012 at 1:30 p.m. before Honorable Gary Austin with all parties present.

18     Following a brief hearing and obtaining Defendant, JOSEPH EDWIN GABLE's lack of

19 objection thereto;

20     **IT IS ORDERED** that Dale A. Blickenstaff is relieved as counsel for the Defendant, JOSEPH

21 EDWIN GABLE in the above entitled matter.

22

23

24

25     IT IS SO ORDERED.

26     Dated:   **June 20, 2012**          **/s/ Gary S. Austin**
                                           UNITED STATES MAGISTRATE JUDGE
27

28

**ORDER RELIEVING COUNSEL**
**Case No. 1:12-CR-00038 AWI DLB**                                                    Page 1