BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA  93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4575

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH EDWIN GABLE, et al.,<br><br>Defendants. | CASE NO.  Cr  1:12-cr-00038 AWI-DLB<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants JOSEPH EDWIN GABLE, VINCENT GRAVES, HERMAN GRAVES, DAMONE KELLEY, and CATATEA JAMES, by and through their counsel of record, STEVEN CRAWFORD, JOHN GARLAND, DANIEL HARRALSON, CARL M. FALLER, and ANTHONY CAPOZZI, respectively, hereby stipulate as follows:

1.      By previous order, this matter was set for a status conference on Monday, December 10, 2012, at 1:00 p.m., in the absence of a stipulation setting the trial date.

2.      By this stipulation, the parties now move to vacate the status conference date and set the following:

Filing of motions in limine: 3/4/13

1

Filing of responses to motions in limine:  3/13/13

Hearing on in limine motions and trial confirmation:  3/18/13, 10 a.m.

Jury trial:  4/2/13, 8:30 a.m.

3. The parties agree and stipulate, and request that the Court find the following:

a. Counsel for the parties agree that an April 2 trial date accommodates the schedules of all parties and provides sufficient time for trial preparation and further investigation.

b. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

c. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 10, 2013, to April 2, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED:      December 6, 2012.      Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney


/s/ Karen A. Escobar_____
KAREN A. ESCOBAR
Assistant United States Attorney

2

DATED: December 6, 2012.

/s/ Steven Crawford
STEVEN CRAWFORD
Counsel for Defendant Joseph Edwin Gable

DATED: December 6, 2012.

/s/ John Garland
JOHN GARLAND
Counsel for Defendant Vincent Graves

DATED: December 6, 2012.

/s/ Daniel Harralson
DANIEL HARRALSON
Counsel for Defendant Herman Graves

DATED: December 6, 2012.

/s/ Carl M. Faller
CARL M. FALLER
Counsel for Defendant Damone Kelley

DATED: December 6, 2012.

/s/ Anthony Capozzi
ANTHONY CAPOZZI
Counsel for Defendant Catatea James

**O R D E R**

IT IS SO ORDERED.

Dated: **December 6, 2012**              /s/ Dennis L. Beck
                                         UNITED STATES MAGISTRATE JUDGE