BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA  93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4575

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  1:12-cr-00038 AWI-BAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING ADVANCEMENT; ORDER |
| v. | |
| JOSEPH EDWIN GABLE, | |
| Defendant, | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for trial confirmation on March 18. 2013.

2. By this stipulation, the parties now move to advance this matter (as to this defendant only) to January 28, 2013, at 10 a.m. for a change of plea.

DATED:      January 17, 2013.        Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney


/s/ Karen A. Escobar_____
KAREN A. ESCOBAR
Assistant United States Attorney

1

DATED:     January 17, 2013.

                                    /s/ Steven Crawford
                                    STEVEN CRAWFORD
                                    Counsel for Defendant JOSEPH EDWIN GABLE

IT IS SO ORDERED.

Dated:   January 17, 2013                                  _____
                                                  SENIOR  DISTRICT  JUDGE