BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA  93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4575

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>JOSEPH EDWIN GABLE,<br><br>                    Defendant, | CASE NO.  Cr  1:12-cr-00038 AWI-BAM<br><br>STIPULATION REGARDING CONTINUANCE; FINDINGS AND ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on April 8, 2013, at 10:00 a.m.

2. By this stipulation, the parties now move to continue the sentencing hearing date to April 22, 2013, at 10 a.m.

3. The parties agree and stipulate, and request that the Court find the following:

    a. The continuance is necessary to allow the defendant to timely file a sentencing memorandum and allow the government sufficient time to respond

////

////

1

IT IS SO STIPULATED.

DATED:        April 3, 2013.            Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney


/s/ Karen A. Escobar_____
KAREN A. ESCOBAR
Assistant United States Attorney


DATED:        April 3, 2013.


/s/ Steven Crawford_____
STEVEN CRAWFORD
Counsel for Defendant


**O R D E R**

IT IS SO ORDERED.

Dated:   April 3, 2013            _____
                                  SENIOR DISTRICT JUDGE

2